JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KAISER K. KORKIS, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>EXXONMOBIL OIL CORPORATION, a New York corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, CIRCLE K STORES INC., a Texas corporation and DOES 1 through 10, Inclusive,<br><br>        Defendants. | Case No. 12-SACV-01793-PA (VBKx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:  October 16, 2012<br><br>District Judge:  Hon. Percy Anderson<br>Dept:            15<br><br>Magistrate:   Hon. Victor B. Kenton<br>Dept:            590<br>Trial Date:    Not Set |

1    Having considered the Stipulation to Dismiss Entire Action With Prejudice by

2   and between the parties, the Court hereby orders this action to be dismissed with

3   prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party

4   shall bear their own attorneys' fees and costs.

5

6    IT IS SO ORDERED.

7

8

9   Dated: August 7, 2013                    _____

10                                            Hon. Percy Anderson
                                             United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE
ACTION WITH PREJUDICE